■ ROSE SCHERMERHORN et al., Respondents, v. NEW YORK WATER SERVICE CORP., Appellant.— In an action to recover damages for injuries to property, the appeal is from an order denying appellant's motion to dismiss the complaint for failure to prosecute on condition that respondents notice the case for a stated term. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

## (October 14, 1959)

■ In the Matter of JOHN S. DIVILBISS for Admission to Practice as an Attorney. (From the State of Missouri.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of DALLAS SHIRLEY GIBSON for Admission to Practice as an Attorney. (From the State of Nebraska.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of FORD W. HALL for Admission to Practice as an Attorney. (From the State of Texas.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of LAWRENCE CLIFFORD HEDEEN for Admission to Practice as an Attorney. (From the State of Minnesota.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of ENRIQUE A. VAZQUEZ for Admission to Practice as an Attorney. (From the Commonwealth of Puerto Rico.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

## (October 19, 1959)

■ In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE NINTH JUDICIAL DISTRICT.— Pursuant to the provisions of law (N. Y. Const., art. VI, § 2; Judiciary Law, § 90; Rules Civ. Prac., rule 1) Martin J. Fay, Esq., a practicing lawyer, residing in the County of Westchester, is hereby appointed as a member of the Committee on Character and Fitness of applicants for admission to the Bar for the Ninth Judicial District in place of James H. Cavanaugh, Esq., resigned, to investigate the character and fitness of applicants in said judicial district for admission to practice as attorneys and counselors at law in the courts of this State; such appointment to take effect October 14, 1959. Present — Nolan, P. J., Wenzel, Beldock, Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of WILLIAM C. RINDONE.— Motion for reinstatement as an attorney and counselor at law denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ ROGER L. SCHINELLA, Respondent, v. GERACE & CASTAGNE, INC., et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.